## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

**MEMPHIS SHELBY COUNTY SCHOOLS,**

     Plaintiff**.**

v.                                                              No.:  2:25-cv-02406-TLP-atc

**K.B., by and through his Parent, K.B.,**

     Defendant.

## NOTICE OF COMPLETED MEDIATION

COME NOW, Defendant, by and through undersigned counsel, and hereby certify and give notice to the Court of the following:

1. Pursuant to the Court's case management order (CMO) (ECR 26), the Parties participated in mediation in accordance with the Court's Plan for Alternative Dispute Resolution (ADR), 5.11(b).

2. Mediation took place on August 28, 2025, and the mediator was Loys A. "Trey" Jordan, III, MCDONALD KUHN, PLLC.

3. The mediation covered the issues not only in this case but also in the two other related pending cases (2:25-cv-2265 and 2:22-cv-2464).

4. The case has not settled.

5. Mr. Jordan told undersigned counsel on December 10, 2025, that he would file a Notice of Mediation with the Court in compliance with this Court's CMO. However, no such Notice has been filed.

1

6. Mediation is now complete, and the case will proceed toward briefing and/or trial pursuant to the Court's scheduling order.

Respectfully submitted,

 /s/ *Janet H. Goode*
Janet H. Goode, TN BPR #35872
917 S. Cooper Street
Memphis, Tennessee 38104
(901) 308-7511
janet@janetgoodelaw.com

/s/ *Michael F. Braun*
MICHAEL F. BRAUN (BPR 032669)
5016 Centennial Boulevard, Ste. 200
Nashville, TN 37209
(615) 378-8942
mfb@braun-law.com

**Attorneys for Defendant**

**CERTIFICATE OF SERVICE**

I certify that on January 23, 2026, I filed a copy of the foregoing by means of the Official Court Electronic Document Filing System (CM/ECF) for the Western District of Tennessee, which simultaneously sent a copy to all counsel of record including counsel for the Plaintiff, Memphis-Shelby County Schools, Office of General Counsel, 160 Glenn Rodgers Sr. Street (Formerly Known as S. Hollywood St), Coe Building, Room 218, Memphis, TN 38117, Laura Bailey, Senior Associate Counsel, at baileyla@scsk12.org, and Christian West-Coleman at westcolemanc@scsk12.org.

Signed:     */s/Janet H. Goode*
            Janet H. Goode

2