## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

### MEDIATION CERTIFICATION

| Case number:<br>**2:25-cv-02406-TLP-atc** | Case title: **Memphis-Shelby County Schools vs. K.B., by and through his Parent, K.B.** |
|---|---|
| Plaintiff counsel:<br>Laura Bailey | |
| Defendant counsel:<br>Janet Goode<br>Michael Braun | |
| Presiding Judge: Honorable<br>Thomas L. Parker | Mediator: Loys A. "Trey" Jordan, III – BPR # 16766 |

I, Loys A. "Trey" Jordan, III, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on Thursday, August 28, 2025.

As a result of that mediation held on Thursday, August 28, 2025:

☐    The case has settled in whole.

☐    Case settled prior to scheduling first mediation session.

☐    Parties have agreed that defense counsel, _____, will prepare the stipulation for dismissal to be filed with the Court.

---

■    The case has not settled.

☐    Mediation will continue on _____.

☐    The parties may schedule another session at a later date.

☐    Mediation is complete.  The case will proceed toward trial pursuant to the Court's scheduling order.

---

1

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

Janet Goode
Attorney at Law
917 S Cooper Street
Memphis, Tennessee 38104
Email: janet@goodelaw.com
*Attorney for Defendant*

Michael Braun
Braun Law
5016 Centennial Blvd., Suite 200
Nashville, Tennessee 37209
Email: mfb@braun-law.com
*Attorney for Defendant*

Laura Bailey
Office of General Counsel
Memphis-Shelby County Schools
160 S. Hollywood Street, Suite 218
Memphis, Tennessee 38112
Email: baileyla@scsk12.org
*Attorney for Plaintiff*

| Date 01-23-2026 | Electronic signature of Mediator: |
| | |
| | /s/ Loys A. "Trey" Jordan, III |