## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

**MEMPHIS SHELBY COUNTY SCHOOLS,**

      Plaintiff**.**

v.                                                                    No.: 2:25-cv-02406-BCL-atc

**K.B., by and through his parent, K.B.,**

      Defendant.

---

### ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO DISMISS FOR FAILURE TO PROSECUTE

---

Before the Court is Defendant's Motion for Leave to File Reply to Plaintiff's Response in Opposition to Motion to Dismiss for Failure to Prosecute (ECF 43). For good cause shown, Defendant's motion is **GRANTED**. By April 27, 2026, Defendant may file a reply in support of its Motion to Dismiss (ECF 38) narrowly limited to addressing any new legal arguments or factual mischaracterizations contained in the opposition brief (ECF 39).

      **IT IS SO ORDERED**, this 21st day of April 2026.

*s/Brian C. Lea*
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE

1