**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**MEMPHIS SHELBY COUNTY SCHOOLS,**

**Plaintiff.**

**v.** **No.: 2:25-cv-02406-BCL-atc**

**K.B., by and through his parent, K.B.,**

**Defendant.**

---

**DEFENDANT'S NOTICE REGARDING STATUS OF SETTLEMENT AND SIXTH CIRCUIT PROCEEDINGS**

---

Defendant K.B., by and through his parent, K.B., by and through undersigned counsel, respectfully submit this Notice to advise the Court that this matter has not settled and to apprise the Court of related developments in the United States Court of Appeals for the Sixth Circuit. This Notice is filed in response to the Court's Order of July 30, 2026, directing the parties to report on the status of settlement.

1. This case has not settled. The parties have not executed a settlement agreement, and no settlement has been reached resolving this action or the related actions identified below.

2. This action is one of the originating cases in the appeal pending before the United States Court of Appeals for the Sixth Circuit, styled *K.B., et al. v. Memphis Shelby County, TN Schools*, No. 26-5251, which identifies Originating Case Nos. 2:22-cv-02464, 2:25-cv-02265, and 2:25-cv-02406.

3. On August 28, 2026, Memphis-Shelby County Schools, as Appellant, filed in the Sixth Circuit a motion to extend the deadline for the parties to complete settlement and/or to establish a briefing schedule (Sixth Cir. Case No. 26-5251, Doc. No. 24).

4. On September 1, 2026, the Sixth Circuit granted that motion. The Clerk's letter of that date states that "[t]he defendant's motion is GRANTED, and the defendant shall file either a stipulation to dismiss (consistent with the prior instructions for filing) or its appellant brief on or before September 28, 2026," and further states that "[b]riefing will be set by separate letter." (Sixth Cir. Case No. 26-5251, Doc. No. 25, filed Sept. 1, 2026).

5. Also on September 1, 2026, the Clerk of the Sixth Circuit issued the briefing schedule referenced in that order. It sets the Appellant's principal brief (and appendix or stipulation to dismiss, if required) for filing on or before September 28, 2026; the Appellee's principal brief for filing on or before October 28, 2026; and any reply brief no later than twenty-one days after the last appellee brief is filed. (Sixth Cir. Case No. 26-5251, Doc. No. 26, filed Sept. 1, 2026).

6. Accordingly, the Sixth Circuit appeal remains pending and will proceed to merits briefing unless a stipulation to dismiss is filed on or before September 28, 2026. The related actions pending before this Court, Case Nos. 2:25-cv-02265 and 2:25-cv-02406, likewise remain unresolved.

7. Defendant will promptly notify the Court of any material change in the status of settlement or in the Sixth Circuit proceedings.

Respectfully submitted,

/s/ *Janet H. Goode*
Janet H. Goode, TN BPR #35872
917 S. Cooper Street
Memphis, Tennessee 38104
(901) 308-7511
janet@janetgoodelaw.com

and

/s/ *Michael F. Braun*
MICHAEL F. BRAUN (BPR 032669)
5016 Centennial Boulevard, Ste. 200
Nashville, TN 37209
(615) 378-8942
mfb@braun-law.com

**Attorneys for Defendant**

**CERTIFICATE OF SERVICE**

I certify that on September 4, 2026, I filed a copy of the foregoing by means of the Official Court Electronic Document Filing System (CM/ECF) for the Western District of Tennessee, which simultaneously sent a copy to all counsel of record.

Signed: */s/Janet H. Goode*
Janet H. Goode